UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-20390-CIV-UNGARO

LUISA AMELIA SILVA RIOS,

    Plaintiffs,

vs.

CAVALIER HOTEL, SOUTH BEACH, LLC,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant, by and through undersigned counsel, and herby files its Answer and Affirmative Defenses, and states:

1. Admitted.

2. Admitted.

3. Admitted.

4. Plaintiff has stated a legal conclusion which Defendant cannot admit or deny.

    a. Denied.

    b. Admitted.

5. Admitted that Plaintiff Rios was a resident of Miami-Dade County during the employment dates. Denied as Defendant is without sufficient knowledge as to whether Rios is currently a resident of Miami-Dade County.

6. Admitted.

7. Denied as Defendant is currently no longer an employer of the Plaintiff.

8. Denied.

9. Denied.

10. Denied.

11. Denied. Allegation is unintelligible as there is only one Defendant in this action.

12. Paragraph 12 is denied to the extent that a Defendant corporation may only act through its individuals and no individual defendants are litigants to this action.

13. Paragraph 13 sets for legal conclusions which do not require a response. To the extent a response is required, Defendant denies the assertions.

14. Denied.

15. Admitted.

16. Denied.

17. Denied.

18. Denied as Defendant is without knowledge of whether Plaintiff is obligated to pay a reasonable attorney fee. Admitted that Dorta & Ortega is counsel of record for Plaintiff.

19. Defendant reasserts its responses to paragraphs 1 through 18 as thoroughly set forth herein.

20. Denied.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Defendant reasserts its responses to paragraphs 1 through 30 as thoroughly set forth herein.

31. Admitted Plaintiff demands overtime wages, liquidated damages, interests, costs, and attorneys. Defendant denies Plaintiff is entitled to the wages claimed, liquidated damages, interests, costs, and attorneys fees.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied, as Defendant is without knowledge.

38. Admitted.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Plaintiff's claim is barred, at least in part by the applicable statute of limitations under the Statute of Limitations, 29 U.S.C. §255. Defendant's violation, if any, was not willful in nature, and the cause of action should only accrue for two years from the filing of the complaint.

**THIRD DEFENSE**

Plaintiff's claim, if any, was *de minimus* and therefore not compensable.

**FOURTH DEFENSE**

Plaintiff is not entitled to liquidated damages, as Defendant acted in good faith at all times, and had reasonable grounds to believe the conduct was not a violation of the FLSA.

**FIFTH DEFENSE**

Any claim for overtime compensation by Plaintiff must be offset by any premium compensation, overpayment, bonuses, compensatory time off, or other job-related benefits paid or provided to Plaintiff, include a reduction for any compensation already paid to Plaintiff for periods not compensable under the FLSA.

**SIXTH DEFENSE**

Plaintiff is barred from recovery for providing and being employed under a false name.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Response was furnished via transmission of Notices of Electronic Filing generated by CM/ECF, to Rey Dorta, Esq., Douglas Entrance, Suite 149, 800 South Douglas Road, Coral Gables, Florida 33134, on this 24th day of June, 2011.

THE LAW OFFICES OF
EDDY O. MARBAN
Ocean Bank Building, Suite 350
782 N.W. Le Jeune Road
Miami, Florida 33126
Telephone (305) 448-9292
Facsimile (305) 448-2788
E-mail: marban@bellsouth.net

By:  *s/Edilberto O. Marban*
     EDDY O. MARBAN, ESQ.
     Fl. Bar No. 435960