UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20390-CIV-UNGARO

LUISA AMELIA SILVA RIOS,

    Plaintiffs,

vs.

CAVALIER HOTEL, SOUTH BEACH, LLC,

    Defendants.
_____/

## RESPONSE TO PLAINTIFF'S MOTION FOR CLERK'S DEFAULT

COMES NOW, Defendant, CAVALIER HOTEL, SOUTH BEACH, LLC, by and through undersigned counsel, and hereby responds to Plaintiff's Motion for Clerk's Default [D.E. 6], and states:

1.    The Motion for Clerk's Default was filed on June 24, 2011. [D.E. 6]. Shortly thereafter, the same day, Defendant filed its Answer and Affirmative Defenses. [D.E. 8].

## MEMORANDUM OF LAW

Fed.R.Civ.P. 55(a) allows the entry of a clerk's default when a party fails to plead or otherwise defend. Defendant has already answered; accordingly, a clerks' default is unavailing. The Eleventh Circuit has a *"strong policy of determining the cases on the merits and…defaults are viewed with disfavor." In re Worldwide Web Systems, Inc.*, 328 F.3d 1291, 1295 (11th Cir. 2003).

WHEREFORE, Defendant prays that the Motion for Entry of Clerk's Default [D.E. 6] be denied.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Response was furnished via transmission of Notices of Electronic Filing generated by CM/ECF, to Rey Dorta, Esq., Douglas Entrance, Suite 149, 800 South Douglas Road, Coral Gables, Florida 33134, on this 27th day of June, 2011.

THE LAW OFFICES OF
EDDY O. MARBAN
Ocean Bank Building, Suite 350
782 N.W. Le Jeune Road
Miami, Florida 33126
Telephone (305) 448-9292
Facsimile (305) 448-2788
E-mail: marban@bellsouth.net

By: *s/Edilberto O. Marban*
    EDDY O. MARBAN, ESQ.
    Fl. Bar No. 435960
