UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 11-21924-UNGARO

LUISA AMELIA SILVIA RIOS,
    Plaintiff,

vs.

CAVALIER HOTEL SOUTH BEACH, LLC,
LLC, et al.,
    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AND DEFENDANT'S MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Clerk's Default (D.E. 6) and Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint (D.E. 7.)

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises. Defendant filed an answer on the same day that Plaintiff moved for entry of clerk's default. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motions (D.E. 6 & 7) are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this 27th day of June, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record