UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-21924-CIV-UNGARO

LUISA AMELIA RIOS,                )
                                  )
      *Plaintiff,*               )
                                  )
v.                                )
                                  )
CAVALIER HOTEL, SOUTH             )
BEACH, LLC.,                      )
                                  )
      *Defendant.*              )
_____ )

## PLAINTIFF'S MOTION FOR WRIT OF GARNISHMENT

Plaintiff, LUISA AMELIA RIOS, shows that judgment has been obtained against Defendant, CAVALIER HOTEL, SOUTH BEACH, LLC., in this action in the sum of Twenty Thousand Eight Hundred Dollars and 00/100 ($20,800.00). Plaintiff does not believe that Defendant has in its possession visible property on which a levy can be made sufficient to satisfy the Judgment and moves for issuance of a Writ of Garnishment and suggests WELLS FARGO BANK formerly known as WACHOVIA, as Garnishee.

Respectfully submitted,

**DORTA & ORTEGA, P.A.**

Rey Dorta, Esq.
Florida Bar No.: 0084920
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
(305) 461-5454 (F)(305)461-5226

*Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Certified

& U.S. Mail on October 18, 2011 to:

**CAVALIER HOTEL, SOUTH BEACH, LLC.**
c/o Registered Agent, RALPH ABRAVAY
1320 Ocean Drive
Miami Beach, FL 33141

**REY DORTA**